# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBIE J. CRAMER,** | : | CIVIL ACTION NO. 1:18-CV-2299 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **ANDREW SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 8th day of July, 2019, upon consideration of the Commissioner's Motion (Doc. 16) to Remand, it is hereby ORDERED that said motion is GRANTED. This action is remanded to Defendant for further administrative proceedings consistent with this motion. The remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania